**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS MANNING, JR., | No. C 06-03435 SBA |
| Plaintiff, | **ORDER** |
| vs. | [Docket No. 18] |
| CITY OF ROHNERT PARK, a municipal corporation; THOMAS BULLARD individually and in his official capacity as chief of police for the CITY OF ROHNERT PARK; JEFFREY JUSTICE individually and in his official capacity as police officer for the CITY OF ROHNERT PARK; DOES 1-100, inclusive, individually and in their capacities as police officers for the CITY OF ROHNERT PARK, | |
| Defendants. | |

Defendants City of Rohnert Park, Jeffrey Justice, and Thomas Bullard filed and served a motion to dismiss nine pendent state law claims in plaintiff Louis Manning Jr.'s Amended Complaint for Injunction and Damages pursuant to FRCP 12(b)(6). The motion was granted in part and denied in part by order dated December 11, 2006. *See* Docket No. 32. The court, in its order, reserved ruling on the issue of whether article I, section 13 of the California Constitution permits the recovery of monetary damages and requested supplemental briefing. *See id*. Upon the consideration of the supplemental briefs submitted by the respective parties, the court hereby grants the motion to dismiss for the reasons that follow.

An application of the factors set forth in *Katzberg v. Regents of University of California*, 29 Cal. 4th 300 (2002), fails to establish that article I, section 13 of the California Constitution permits the recovery of monetary damages. Neither the plain language of the article I, section 13, nor the available

legislative history indicate an intent on behalf of the California Legislature to permit the recovery of monetary damages for its violation.

Further, plaintiff has adequate monetary remedies available to him for the alleged wrongful conduct based on the remaining pendant clams, as well as his causes of action under 42 U.S.C. § 1983. The existence of these alternative remedies for the alleged wrongful conduct militates against extending the available remedies under art. I, § 13 to include monetary compensation. *Katzberg*, 29 Cal. 4th at 327.

Accordingly,

IT IS HEREBY ORDERED that defendants' motion to dismiss plaintiff's Fifth Cause of Action alleging violation of California Constitution art. I, § 13 [Docket No. 18] is GRANTED WITH LEAVE TO AMEND. Plaintiff is GRANTED leave to amend his Fifth Cause of Action to seek non-monetary relief.  Plaintiff is hereby granted leave to filed an amended complaint no later than twenty days of the filing date of the Court's Order.

IT IS FURTHER ORDERED THAT Defendants shall respond to any amended complaint within twenty-five days after it is filed.

IT IS SO ORDERED.

Dated: 4/13/07

_Saundra B Armstrong_

SAUNDRA BROWN ARMSTRONG
United States District Judge