UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANNING, | No. C 06-3435WDB |
| Plaintiff | ORDER FOLLOWING FURTHER CASE MANAGEMENT CONFERENCE |
| v. | |
| CITY OF ROHNERT PARK, et al. | |
| Defendants. | |

On Thursday, September 18, 2008, the Court conducted a Further Case Management Conference in this matter.  For reasons more fully explained on the record, the Court ORDERS as follows:

1.   Counsel for both parties indicated that there is a legal issue about qualified immunity and probable cause that is important to resolve and on which the shape of the case might turn.  Accordingly, the Court would like to hear an appropriate Motion as soon as possible, and Counsel for Defendant must electronically file a Motion seeking to resolve these legal issues **by no later than Monday, October 20, 2008.**

2.   Following receipt and review of the Motion, and after conferring with Defendant's counsel, Plaintiff's counsel must electronically file a letter **by no later**

1

1 **than October 27, 2008**, informing the undersigned what further information
2 Plaintiff may need to draft an Opposition to Defendant's Motion.
3     3.  **On November 3, 2008, at 4:00 p.m.**, the parties must appear, by
4 telephone, for a brief conference with the undersigned to discuss the contents of
5 Plaintiff's letter about what further information is needed to Oppose Defendant's
6 Motion, and to discuss any other matters that may be necessary to resolve.   To
7 appear for the telephone conference, Defendant's counsel must get Plaintiff's
8 counsel on the line and call the Courtroom at (510) 637-3909.

10     IT IS SO ORDERED.

13 Dated:   September 24, 2008

WAYNE D. BRAZIL
United States Magistrate Judge