United States District Court
For the Northern District of California

1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT
8          NORTHERN DISTRICT OF CALIFORNIA
9
10   MANNING,                              No. C 06-3435WDB
11                    Plaintiff            ORDER FOLLOWING
                                           TELEPHONIC STATUS
          v.                               CONFERENCE ON NOVEMBER 3,
12                                         2008
     CITY OF ROHNERT PARK, et al.
13                    Defendants.
14   _____/
15
16        On Monday, November 3, 2008, the Court conducted a Telephonic Further
17   Case Management Conference in this matter to discuss with counsel what further
18   information is needed for Plaintiff's counsel to Oppose Defendant's Motion for
19   Summary Judgment.  For  reasons more fully explained on the record, the Court
20   ORDERS as follows:
21        1.     Plaintiff's counsel may depose Rhonert Park Public Safety Officers
22   Jacy Tatum, Jeffrey Justice, and Steven Stayrook.  Plaintiff may also depose Third
23   Party Witnesses Elizabeth Olvera, Kelsey Mendoza, and Robert Beals.
24        2.      Defendants' counsel must produce to Plaintiff's counsel any
25   documents not yet produced that relate to the investigation and incident at issue in
26   this action;
27
28

                                        1

3.      By no later than November 17, 2008, Defendants' counsel must deliver to the chambers of the undersigned for *in camera* review any citizen complaints about Rhonert Park Public Safety Officer Jeffrey Justice that allege racism, dishonesty, or arrest without probable cause.   The undersigned will <u>not</u> disclose the citizen complaints to Plaintiff's counsel or to anyone else without first giving Defendants' counsel an opportunity to be heard.

4.      Plaintiff's counsel must file an Opposition to Defendants' Motion for Summary Judgment **by no later than January 12, 2009.**   If Defendants choose to file a Reply, they must do so **by no later than January 26, 2009.** The Court will hear Defendants' Motion on **February 11, 2009, at 3:00 p.m.**

IT IS SO ORDERED.


Dated:   November 5, 2008

WAYNE D. BRAZIL
United States Magistrate Judge

2