UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANNING, | No. C 06-3435WDB |
| Plaintiff | |
| v. | ORDER TO FILE COMPLETE COPY OF TRANSCRIPT |
| CITY OF ROHNERT PARK, et al. | |
| Defendants. | |

In support of his Opposition to defendants' Motion for Summary Judgment, plaintiff has filed a portion of the transcript from the June 14, 2005, "Preliminary Examination" in the matter styled *People of California v. Manning*, Case No. SCR 464726. See Pointer Decl., at Ex. A.

The Court ORDERS plaintiff promptly to file a copy of the entire transcript of that hearing and to deliver a copy to chambers.

IT IS SO ORDERED.

Dated: February 2, 2009

_____
WAYNE D. BRAZIL
United States Magistrate Judge

1